STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION
State Bar No. 001565
By: Shannon Wittenberger
Deputy District Attorney
State Bar No. 12304
500 South Grand Central Pkwy., 5th Floor
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Shannon.Wittenberger@ClarkCountyda.com
*Attorneys for Cross-Defendant COUNTY OF CLARK*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST 100, LLC, a limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a foreign corporation; ROBERT OGGINS, an individual; ROBERT OGGINS as Trustee of the Robert Oggins Living Trust, an individual; RTED NEVADA, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE COMPANIES 1 through 10,<br><br>Defendants. | Case No: 2:17-CV-01438-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT COUNTY OF CLARK** |
| RTED NEVADA, LLC,<br><br>Counter-claimant,<br><br>vs.<br><br>FIRST 100, LLC, a limited liability corporation; and ROE COMPANIES 1 through 10,<br><br>Counter-defendants. | |

| | |
|---|---|
| RTED NEVADA, LLC, <br><br>　　　　　Cross-complainant, <br>vs. <br>GOODMAN LAW OFFICES, P.C.; VALLEY DEL PARADISO HOMEOWNERS ASSOCIATION; OMNI FINANCIAL, LLC; COLGAN FINANCIAL GROUP, INC.; VIAL FOTHERINGHAM LLP; NEVADA TITLE COMPANY; ORBIS FINANCIAL, LLC; FIRST AMERICAN TITLE COMPANY; COUNTY OF CLARK, NEVADA; STATE OF NEVADA; UNITED STATES OF AMERICA; and ROE COMPANIES 1 through 10, <br><br>　　　　　Cross-defendants | |

COMES NOW Cross-Complainant RTED Nevada, LLC, by and through its attorneys of record, Richard J. Reynolds of Burke, Williams & Sorensen, LLP and Michael R Brooks of Kolesar & Leatham on the one hand, and Cross-Defendant, COUNTY OF CLARK ("Clark County"), by and through its attorneys of record, Steven B. Wolfson, District Attorney, through Shannon Wittenberger, Deputy District Attorney on the other hand, hereby stipulate and agree to the following:

1. Any tax levied pursuant to NRS 361 is a perpetual lien against the property until the tax and any penalty charges and interest which may accrue thereon are paid in full pursuant to NRS 361.450 ("Lien");

2. Taxes for the 2017 tax year have been assessed on the property outlined in the cross-complaint, APN 162-11-511-093 ("Property");

3. There are currently no taxes due and owing; however, the Lien shall remain until all future payments that become due and owing are paid in full;

4. The Lien is superior to all other liens, claims, encumbrances and titles on the property consistent with the law and shall remain until paid in full;

5. The Lien shall not be extinguished by any court or foreclosure action including the one at issue in this matter;

6. Clark County disclaims any other interest in this matter;

7. Cross-Complainant's claims against Defendant, CLARK COUNTY shall be dismissed;

8. Each party shall bear its own costs and attorney fees.

DATED this 13 day of September, 2017.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: _____
SHANNON WITTENBERGER
Deputy District Attorney
**CIVIL DIVISION**
State Bar No. 12304
500 S. Grand Central Pkwy. 5th Flr.
Las Vegas, Nevada 89155-2215
*Attorney for Cross-Defendant COUNTY OF CLARK*

DATED this 12 day of September, 2017.

BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

By: _____
RICHARD J. REYNOLDS
State Bar 11864
Michael R Brooks
Kolesar & Leatham
400 S. Rampart Boulevard
Suite 400
Las Vegas, NV 89145
*Attorney for Cross-Complainant RTED NEVADA, LLC*

## ORDER

IT IS SO ORDERED.            _____
                             UNITED STATES DISTRICT JUDGE

                             DATED: September 21, 2017