# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIRST 100, LLC,

        Plaintiff,

vs.

CENLAR, FSB, et al.,

        Defendants.

Case No. 2:17-cv-01438-JCM-CWH

**ORDER**

On September 25, 2017, this Court held a hearing (ECF No. 27) in which it granted Plaintiff First 100, LLC's attorney's motion to withdraw as counsel (ECF No. 20). First 100, LLC is now without counsel in this matter.

Plaintiff is advised that because it is a corporation, it cannot represent itself and must be represented by an attorney in this action. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Plaintiff is further is advised that failure to retain an attorney may result in the imposition of sanctions under Local Rule IA 11-8.

IT IS THEREFORE ORDERED that on or before October 16, 2017, Plaintiff First 100, LLC must retain a new attorney and that attorney must file a notice of appearance in this case.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to Plaintiff's last known address, as supplied by Plaintiff's counsel: 11920 Southern Highland Pkwy., Suite 200, Las Vegas, NV 89141.

DATED: September 25, 2017

                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**