UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FIRST 100, LLC,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CENLAR FSB, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-CV-1438 JCM (DJA)<br><br>ORDER |

　　　Presently before the court is the matter of *First 100, LLC v. CENLAR, FSB et al*, 2:17-cv-01438-JCM-DJA.  In its post-appeal status report, RTED Nevada, LLC ("RTED Nevada") reported that its motion for leave to amend—which was originally unopposed—is no longer moot in light of the Ninth Circuit's vacatur of summary judgment in favor of Valley del Paradiso Homeowners Association.  (ECF No. 115).

　　　Accordingly,

　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that RTED Nevada shall, within fourteen (14) days of this order, refile its motion for leave to amend.  Failure to do so will result in dismissal of this case.

　　　DATED October 30, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James C. Mahan*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**