# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| First 100, LLC, | Case No. 2:17-cv-01438-JCM-DJA |
| Plaintiff, | |
| v. | **Order** |
| Cenlar, FSB, et al., | |
| Defendants. | |
| And all related claims. | |

This matter is before the Court on the Court's review of the docket. The parties filed a joint status report in compliance with the Court's order (ECF No. 148) on September 29, 2021 (ECF No. 153). In that report, the parties request "that the Court set a Scheduling Conference or enter a Scheduling Order for the purpose of setting deadlines applicable to the appearing parties in this matter." (ECF No. 153). This case is complex and, despite its age, is in a procedurally early stage. However, the joint status report does not explain the status of discovery or respective needs of the parties. Without this information, and without a motion or stipulation including a proposed scheduling order, the Court is not equipped to issue a scheduling order suitable for the parties needs. The parties are thus directed to meet and confer and attempt to stipulate to a proposed scheduling order. The Court finds these matters properly resolved without a hearing. LR 78-1.

**IT IS THEREFORE ORDERED** that the parties shall meet and confer and file a stipulation or motion to reopen discovery including a proposed discovery plan and scheduling order in compliance with the applicable portions of LR 26-1(b). The parties shall file their stipulation or motion on or before **Monday, February 28, 2022**.

DATED: February 14, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE