Richard J. Reynolds, Esq. (SBN 11864)
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
(949) 863-3363
rreynolds@bwslaw.com

Michael R. Brooks, Esq. (SBN 7287)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
mbrooks@hutchlegal.com

Attorneys for
RTED America, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC,<br><br>Plaintiff,<br>v.<br><br>CENLAR, FSB, a foreign corporation; GREENPOINT MORTGAGE FUNDING, INC., a foreign corporation; ROBERT OGGINS, an individual; ROBERT OGGINS as Trustee of the Robert Oggins Living Trust; RTED AMERICA, LLC, a foreign corporation; RTED NEVADA, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE COMPANIES 1 through 10,<br><br>Defendants.<br><br>RTED NEVADA, LLC,<br><br>Counterclaimant,<br><br>v. | Civil No. 2:17-cv-01438-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |

FIRST 100, LLC, a limited liability corporation; and ROE COMPANIES 1 through 10,

Counter-Defendant.

RTED NEVADA, LLC,

Cross-Compainant,

v.

GOODMAN LAW OFFICES, P.C.; VALLEY DEL PARADISO HOMEWONERS ASSOCIATION; OMNI FINANCIAL, LLC; COLGAN FINANCIAL GRUP, INC.; NEVADA TITLE COMPANY; ORBIS FINANCIAL, LLC; FIRST AMERICAN TITLE COMPANY; UNITED STATES OF AMERICA; SCOTT B. OLIFANT; REPHINA LOUIE; STATE OF NEVADA; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION; EMPLOYMENT SECURITY DIVISION and ROE COMPANIES 1 through 10,

Cross-Defendants.

WHEREAS, this Court has ordered the parties to file a Joint Pretrial Report by April 6, 2022 in anticipation of a trial setting thereafter;

WHEREAS, in an effort to properly respond to the Court's requested trial setting, RTED America, LLC ("RTED") asked Michael R. Brooks to act as lead trial counsel on the matter on March 28;

WHEREAS, attorney Brooks was not actively involved in the appeal or the post-remand motions before this Court;

WHEREAS, attorney Brooks, as counsel for RTED, has determined that RTED is required to schedule the pretrial conference and to prepare the initial draft of the pretrial order in compliance with this Court's Order;

WHEREAS, attorney Brooks was unable to conduct the pretrial conference in a timely fashion to prepare an adequate Pretrial Order;

WHEREAS, attorney Brooks reached out to all counsel in the matter to obtain their agreement to extend the time to prepare the joint pretrial order on Friday April 1, 2022;

WHEREAS, all counsel have agreed to attorney Brooks' request for a 3 week extension of time to prepare the Joint Pretrial Order;

WHEREAS, attorney Brooks and the other counsel are well aware that the Court's Order requires that the parties diligently prosecute this matter through trial and fully intend to comply with this Court's Order.

WHEREAS, all counsel make this request with full understanding of this Court's desires.

NOW THEREFORE, Counter-claimant RTED America, LLC, Goodman Law Offices, P.C., Orbis Financial, LLC, Omni Financial, LLC and Valley Del Paradiso Homeowners Association (collectively the "Parties"), by and through their respective counsel of record, stipulate and agree that the Parties 'Joint Pretrial Order deadline of April 6, 2022 be extended by three weeks to April 27, 2022.

Dated: April 5, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/Michael Brooks*
Michael R. Brooks, Esq. (SBN 7287)
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145

Richard J. Reynolds, Esq. (SBN 11864)
BURKE, WILLIAMS & SORENSEN, LLP

HOWARD & HOWARD ATTORNEYS, PLLC

*/s/Brian Pezzillo*
Robert W. Hernquist
Brian Pezzillo
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169

1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067

Attorneys for Defendant, Counterclaimant, And Cross-Complainant RTED America, LLC

HOA LAWYERS GROUP

*/s/Steven Loizzi*
Steven T. Loizzi, Jr.
9500 W. Flamingo, Suite 204
Las Vegas, NV 89147

Attorneys for Cross-Defendant Goodman Law Offices, P.C.

Attorneys for Cross-Defendants, Omni Financial, LLC and Orbis Financial, LLC

LIPSON NEILSON, P.C.

*/s/David Clark*
Joseph P. Garin
David A. Clark
David Ochoa
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 92705

Attorneys for Cross-Defendant Valley Del Paradiso HOA

**ORDER**

Upon Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Deadline to file Joint Pretrial Order: April 27, 2022.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: April 7, 2022