Richard J. Reynolds, Esq. (SBN 11864)
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
(949) 863-3363
rreynolds@bwslaw.com

Michael R. Brooks, Esq. (SBN 7287)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, Nevada 89145
(702) 385-2500
mbrooks@hutchlegal.com

Attorneys for
RTED America, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, | Civil No. 2:17-cv-01438-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| CENLAR, FSB, a foreign corporation; GREENPOINT MORTGAGE FUNDING, INC., a foreign corporation; ROBERT OGGINS, an individual; ROBERT OGGINS as Trustee of the Robert Oggins Living Trust; RTED AMERICA, LLC, a foreign corporation; RTED NEVADA, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE COMPANIES 1 through 10, | |
| Defendants. | |
| RTED NEVADA, LLC, | |
| Counterclaimant, | |
| v. | |

1

|   |   |
|---|---|
| 1 | FIRST 100, LLC, a limited liability corporation; and ROE COMPANIES 1 through 10, |
| 2 |   |
| 3 | Counter-Defendant. |
| 4 |   |
| 5 | RTED NEVADA, LLC, |
| 6 |   |
| 7 | Cross-Compainant, |
| 8 | v. |
| 9 | GOODMAN LAW OFFICES, P.C.; VALLEY DEL PARADISO HOMEWONERS ASSOCIATION; OMNI FINANCIAL, LLC; COLGAN FINANCIAL GRUP, INC.; NEVADA TITLE COMPANY; ORBIS FINANCIAL, LLC; FIRST AMERICAN TITLE COMPANY; UNITED STATES OF AMERICA; SCOTT B. OLIFANT; REPHINA LOUIE; STATE OF NEVADA; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION; EMPLOYMENT SECURITY DIVISION and ROE COMPANIES 1 through 10, |

Cross-Defendants.

WHEREAS, this matter is scheduled for trial on September 12, 2022 at 9:00 a.m.;

WHEREAS, this matter is scheduled for calendar call on September 7, 2022 at 1:20 p.m.;

WHEREAS, all counsel have agreed to continue the trial date in this matter on the grounds that the parties have reached settlement in principal and are currently finalizing all necessary settlement documents;

WHEREAS, counsel are well aware that the Court's Order requires that the parties diligently prosecute this matter through trial and fully intend to comply with this Court's Order;

NOW THEREFORE, Counter-claimant RTED America, LLC, Goodman Law Offices, P.C., Orbis Financial, LLC, Omni Financial, LLC and Valley Del Paradiso Homeowners Association (collectively the "Parties"), by and through their respective counsel of record, stipulate and agree that the trial in this matter be continued to allow for the finalization of all necessary settlement documents.

Dated:  September 2, 2022.

| | |
|---|---|
| HUTCHISON & STEFFEN, PLLC | HOWARD & HOWARD ATTORNEYS, PLLC |
| */s/Michael Brooks* <br> Michael R. Brooks, Esq. (SBN 7287) <br> 10080 W. Alta Dr., Suite 200 <br> Las Vegas, NV 89145 | */s/Brian Pezzillo* <br> Robert W. Hernquist <br> Brian Pezzillo <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, NV  89169 |
| Richard J. Reynolds, Esq. (SBN 11864) <br> BURKE, WILLIAMS & SORENSEN, LLP <br> 1851 East First Street, Suite 1550 <br> Santa Ana, CA  92705-4067 | Attorneys for Cross-Defendants, Omni Financial, LLC and Orbis Financial, LLC |
| Attorneys for Defendant, Counterclaimant, And Cross-Complainant RTED America, LLC | LIPSON NEILSON, P.C. <br><br> */s/David Ochoa* <br> Joseph P. Garin <br> David A. Clark <br> David Ochoa <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV  92705 |
| HOA LAWYERS GROUP <br><br> */s/Steven Loizzi* <br> Steven T. Loizzi, Jr. <br> 9500 W. Flamingo, Suite 204 <br> Las Vegas, NV  89147 | Attorneys for Cross-Defendant <br> Valley Del Paradiso HOA |
| Attorneys for Cross-Defendant <br> Goodman Law Offices, P.C. | |

**ORDER**

Upon Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Calendar Call date to be rescheduled to: December 14, 2022, at 1:30 p.m.

. Trial date to be rescheduled to: December 19, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 7, 2022