**LIPSON NEILSON P.C.**
JOSEPH P. GARIN
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
DAVID T. OCHOA
Nevada Bar No. 10414
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
dclark@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Cross-Defendant Valley Del Paradiso Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, a limited liability corporation,<br>　　　　Plaintiff,<br>v.<br>CENLAR, FSB, a foreign corporation; GREENPOINT MORTGAGE FUNDING, INC., a foreign corporation; ROBERT OGGINS, an individual; ROBERT OGGINS as Trustee of the Robert Oggins Living Trust an individual; RTED AMERICA, LLC, a foreign corporation RTED NEVADA, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE COMPANIES 1 through 10,<br>　　　　Defendants. | CASE NO.: 2:17-cv-01438-JCM-DJA<br><br>**VALLEY DEL PARADISO HOMEOWNERS ASSOCIATION'S INDIVIDUAL STATUS REPORT** |
| RTED NEVADA, LLC,<br>　　　　Counterclaimant,<br>vs.<br>FIRST 100, LLC, a limited liability corporation; and ROE COMPANIES 1 through 10,<br>　　　　Counter-defendant. | |

| | |
|---|---|
| 1 | RTED NEVADA, LLC, |
| 2 | Cross-Complainant, |
| | vs. |
| 3 | |
| 4 | GOODMAN LAW OFFICES, P.C., VALLEY DEL PARADISO |
| 5 | HOMEOWNSERS ASSOCIATION, OMNI FINANCIAL, LLC, COLGAN FINANCIAL |
| 6 | GROUP, INC., NEVADA TITLE COMPANY; ORBIS FINANCIAL, LLC; |
| 7 | FIRST AMERICAN TITLE COMPANY; UNITED STATES OF AMERICA; SCOTT |
| 8 | B. OLIFANT; REPHINA LOUIE; STATE OF NEVADA, STATE OF NEVADA, |
| 9 | DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, |
| 10 | EMPLOYMENT SECURITY DIVISION, and ROE COMPANIES 1 through 10, |
| 11 | Cross-Defendants. |

Cross-Defendant VALLEY DEL PARADISO HOMEOWNERS ASSOCIATION, by and through their counsel of record, the law offices of LIPSON NEILSON P.C., hereby submits its Individual Status Report.

## I. STATUS OF THE ACTION

Based on the Parties Joint Status Report filed on September 26, 2022, in Minute Order [ECF 170] the Court granted an additional two weeks to review the language of the settlement agreement and set today October 11, 2022 as the deadline to file the dismissal or submit a Joint Status Report.

The HOA found out yesterday October 10, 2022 in the afternoon that all parties agree to the language in the Settlement Agreement. The undersigned, counsel for the HOA informed the other parties that the HOA would not be able to sign today, and circulated a draft Joint Status Report. The HOA received a response from only one party regarding the Joint Status Report and now files this Individual Status Report, which the other parties may file a joinder to if they agree.

The HOA believes it will be able to sign the Settlement Agreement this week at least by Friday, October 14, 2022. HOA's counsel noticed an error in the proposed Joint

Status Report submitted to the other parties as it only sought a one-week extension to file the dismissal, and not 10 business days as the HOA previously agreed to.

**II. ACTION REQUESTED OF THE COURT**

The HOA requests they be allowed until Friday, October 14, 2022 to sign and provide an executed copy of the Settlement Agreement to the other parties. The HOA requests that the parties have 10 business days from this Friday, October 14, 2022, making the new deadline Friday, October 28, 2022 to file the stipulation of dismissal or otherwise provide a Joint Status Report explaining what is impeding filing of the stipulation to dismiss.

Dated this __11th__ day of __October__, 2022.

LIPSON NEILSON P.C.

*/s/ David Ochoa*
By:_____
JOSEPH P. GARIN (NV Bar No. 6653)
DAVID A. CLARK (NV Bar No. 4443)
DAVID T. OCHOA (NV Bar No. 10414)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Cross-Defendant Valley Del Paradiso Homeowners Association*

**IT IS SO ORDERED.**

DATED: October 12, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the __11th__ day of __October__, 2022, service of the foregoing **VALLEY DEL PARADISO HOMEOWNERS ASSOCIATION'S INDIVIDUAL STATUS REPORT** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties:

| | |
|---|---|
| Michael R. Brooks, Esq.<br>HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Richard J. Reynolds, Esq.<br>BURKE WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705-4067<br><br>*Attorneys for Defendant and Counterclaimant, RTED Nevada, LLC* | Steven T. Loizzi, Jr., Esq.<br>HOA LAWYERS GROUP, LLC<br>9500 W. Flamingo Road, Suite 204<br>Las Vegas, NV 89147<br><br>*Attorney for Cross-Defendant Goodman Law Offices, P.C.* |
| Robert W. Hernquist, Esq.<br>Brian Pezzillo, Esq.<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br><br>*Attorneys for Cross-Defendants, Omni Financial, LLC and Orbis Financial, LLC* | |

*/s/ Sydney Ochoa*
_____
An Employee of LIPSON NEILSON P.C.

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada, 89144
(702) 382-1500 FAX: (702) 382-1512