1 | Richard J. Reynolds, Esq. (SBN 11864)
2 | BURKE, WILLIAMS & SORENSEN, LLP
  | 1851 East First Street, Suite 1550
3 | Santa Ana, CA  92705-4067
  | (949) 863-3363
4 | rreynolds@bwslaw.com

5 | Michael R. Brooks, Esq. (SBN 7287)
6 | HUTCHISON & STEFFEN, PLLC
  | 10080 W. Alta Dr., Suite 200
7 | Las Vegas, Nevada 89145
  | (702) 385-2500
8 | mbrooks@hutchlegal.com

9 | Attorneys for
10 | RTED Nevada, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST 100, LLC, | Civil No. 2:17-cv-01438-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| CENLAR, FSB, a foreign corporation; GREENPOINT MORTGAGE FUNDING, INC., a foreign corporation; ROBERT OGGINS, an individual; ROBERT OGGINS as Trustee of the Robert Oggins Living Trust; RTED AMERICA, LLC, a foreign corporation; RTED NEVADA, LLC, a Nevada limited liability company; DOES 1 through 10; and ROE COMPANIES 1 through 10, | |
| Defendants. | |
| RTED NEVADA, LLC, | |
| Counterclaimant, | |
| v. | |

1

|   |   |
|---|---|
| FIRST 100, LLC, a limited liability corporation; and ROE COMPANIES 1 through 10,<br><br>    Counter-Defendant.<br><br>RTED NEVADA, LLC,<br><br>    Cross-Complainant,<br><br>v.<br><br>GOODMAN LAW OFFICES, P.C.; VALLEY DEL PARADISO HOMEWONERS ASSOCIATION; OMNI FINANCIAL, LLC; COLGAN FINANCIAL GRUP, INC.; NEVADA TITLE COMPANY; ORBIS FINANCIAL, LLC; FIRST AMERICAN TITLE COMPANY; UNITED STATES OF AMERICA; SCOTT B. OLIFANT; REPHINA LOUIE; STATE OF NEVADA; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION; EMPLOYMENT SECURITY DIVISION and ROE COMPANIES 1 through 10,<br><br>    Cross-Defendants. |   |

IT IS HEREBY STIPULATED AND AGREED, by and between Counterclaimant RTED NEVADA, LLC, by and through its counsel of record, Michael R. Brooks, the law firm of HUTCHISON & STEFFEN and Counter Defendant/Cross Defendants Goodman Law Offices, P.C., represented by Steven Loizzi, Valley Del Paradiso Homeowners Association represented by David Ochoa of Lipson Neilson, and Omni Financial, LLC and Orbis Financial, LLC, represented by Brian J. Pezzillo of Howard & Howard, as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all counter-claims and cross-claims brought by RTED Nevada, LLC against any and all Counter-defendants or Cross-defendants are dismissed with prejudice and the action is dismissed in its entirety.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs with respect to this action.

**IT IS SO STIPULATED**.

Dated:  December 5, 2022.

| | |
|---|---|
| BURKE, WILLIAMS & SORENSEN, LLP | HOWARD & HOWARD ATTORNEYS, PLLC |
| */s/Michael Brooks* <br> Richard J. Reynolds, Esq. (SBN 11864) <br> 1851 East First Street, Suite 1550 <br> Santa Ana, CA  92705-4067 <br><br> Michael R. Brooks, Esq. (SBN 7287) <br> HUTCHISON & STEFFEN, PLLC <br> 10080 W. Alta Dr., Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant, Counterclaimant, And Cross-Complainant RTED America, LLC* | */s/Brian Pezzillo* <br> Robert W. Hernquist <br> Brian Pezzillo <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, NV  89169 <br><br> *Attorneys for Cross-Defendants, Omni Financial, LLC and Orbis Financial, LLC* |
| HOA LAWYERS GROUP | LIPSON NEILSON, P.C. |
| */s/Steven Loizzi* <br> Steven T. Loizzi, Jr. <br> 9500 W. Flamingo, Suite 204 <br> Las Vegas, NV  89147 <br><br> Attorneys for Cross-Defendant Goodman Law Offices, P.C. | */s/David Ochoa* <br> Joseph P. Garin <br> David A. Ochoa <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV  92705 <br><br> Attorneys for Cross-Defendant Valley Del Paradiso HOA |

Dated: December 5, 2022

_____
James C. Mahan, U.S. District Judge

3